AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

CLARENCE JAMES DOZIER,

       Petitioner,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00190-RCJ-RAM**

JACK PALMER, et al.,

       Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.


   08/02/2011                                        **LANCE S. WILSON**
                                                                             Clerk

                                                                   /s/ P. McDonald
                                                                   Deputy Clerk